STEVE Y. KOH (*Pro Hac Vice*)
CHUNG H. HAN (State Bar No. 191757)
**PERKINS COIE LLP**
1620 26th Street, Sixth Floor
Santa Monica, California 90404-4013
Telephone: (310) 788-9900 / Fax: (310) 788-3399

Attorneys for Defendant
THE BOEING COMPANY

James D. Clark
**ALLEY, CLARK, GREIWE & FULMER**
701 E. Washington Street
Tampa, Florida 33602
Telephone: (813) 222-0977 / Fax: (813) 224-0373

Attorneys for Plaintiff
NEVILLE GOEDHALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE GOEDHALS, Individually and as Personal Representative of the Estate of ELSIE GOEDHALS, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC., SOUTH AFRICAN AIRWAYS, and THE BOEING COMPANY d/b/a BOEING COMMERCIAL AIRCRAFT,<br><br>Defendants. | MDL Case No. 04-1606 VRW<br><br>Case No. C 04-4715 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT THE BOEING COMPANY WITH PREJUDICE** |

This stipulation is entered into by and between plaintiff NEVILLE GOEDHALS, individually and as personal representative of the Estate of Elsie Goedhals ("plaintiff"), by and through his counsel of record Alley Clark Greiwe Fulmer; and defendant The Boeing

[12973326_1.DOC]
09901-0001-000000

*Case No. C 04 4715 VRW*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF BOEING WITH PREJUDICE

01038-4359/LEGAL12973326.1

Company ("Boeing"), by and through its counsel of record Perkins Coie LLP, to dismiss plaintiff's action against Boeing with prejudice, with each party to bear its own costs.

**STIPULATED AND AGREED TO:**

DATED: March 21, 2007          ALLEY CLARK GREIWE FULMER

By: /s/
Jim Clark, Esq.
Attorneys for Plaintiffs
NEVILLE GOEDHALS, individually and as personal representative of the Estate of Elsie Goedhals

DATED: March 21, 2007          PERKINS COIE LLP

By: /s/
Chung H. Han, Esq.
Attorneys for Defendant
THE BOEING COMPANY

**ORDER**

**IT IS SO ORDERED** that plaintiff's claims against defendant The Boeing Company are dismissed with prejudice, with each party to bear its own costs.

Dated: March 23, 2007

The Honorable
Chief Judge
Northern

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

[12973326_1.DOC]
09901-0001-000000          2          *Case No. C 04 4715 VRW*
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF BOEING WITH PREJUDICE
01038-4359/LEGAL12973326.1